# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HALI ANASTOPOULO, individually
and on behalf of all others similarly
situated,

        Plaintiff,

        v.

UNITED PARCEL SERVICE INC.

        Defendant.

Case No: 1-26-cv-01005-VMC

## CONSENT ORDER EXTENDING TIME

Having read and considered the Consent Motion to Stay Rule 26 Deadlines, and having found good cause therefore, the Court hereby **GRANTS** said Motion. The parties' deadline to conduct the Rule 26(f) conference, file a Rule 26(f) report, and submit initial disclosures is stayed until this Court enters an order on Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration. If this Court's Order on such motion keeps any claim before the Court, the deadlines will be set as follows: (1) the parties' deadline to conduct the Rule 26(f) conference is extended until 14 days after the Court enters an order on Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration (the "Motion") and (2) the parties' deadline for the Rule 26(f) Report and initial disclosures is extended until 28 days after the Court enters an order on the Motion.

1

2

**IT IS SO ORDERED**, this __26th__ day of __May____, 2026.

_____
THE HONORABLE VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE