**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HALI ANASTOPOULO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE INC.<br><br>Defendant. | Case No.: 1-26-cv-01005-VMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL AGAINST UNITED PARCEL SERVICE INC.**

Plaintiff Hali Anastopoulo ("Plaintiff") by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant United Parcel Services, Inc. ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notice voluntary dismissal of this action, without prejudice.

Dated: June 23, 2026.

Respectfully submitted,

 /s/Andre Belanger
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: andre.belanger@poulinwilley.com,
cmad@poulinwilley.com

*Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF COMPLIANCE

Pursuant to N.D. Ga. Local Rule 5.1(C), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ Andre Belanger

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for Defendant.

/s/ Andre Belanger